**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FEDERICO NAVARRO,

Plaintiff,

v.

SERGIO ALEJANDRO COPETE,
HIGINIO DE HARO, and DOES 1–10,

Defendants.

Case No. 5:23-cv-00494-MCS-SP

**JUDGMENT**

Pursuant to the Court's Order Re: Ex Parte Application for a Temporary Restraining Order, it is ordered, adjudged, and decreed that this case is dismissed without leave to amend and without prejudice to refiling in state court. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: March 23, 2023

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE